IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MARTIN on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | No. 1:12-cv-1611 |
| v. | ) ) | The Honorable James B. Zagel |
| WELLS FARGO HOME MORTGAGE d/b/a/ AMERICA'S SERVICING COMPANY | ) ) ) | |
| Defendant. | ) ) | |

## Wells Fargo's *Unopposed* Motion to Extend Time

Defendant, Wells Fargo Home Mortgage d/b/a America's Servicing Company ("Wells Fargo"), moves for an extension of time to respond to the complaint, and states as follows:

1. Wells Fargo is due to answer or otherwise plead on March 28, 2012.

2. Wells Fargo is currently investigating the facts alleged in Martin's class-action complaint. It seeks a 30-day extension of time to complete its initial investigation and file its response.

3. Counsel for Martin agreed to the extension sought by this motion. This motion is not intended to cause delay. No party will be prejudiced by the relief sought by this motion.

Therefore, Defendant, Wells Fargo Home Mortgage d/b/a America's Servicing Company, respectfully requests entry of an Order extending its time to answer, move, or otherwise plead in response to the complaint to April 27, 2012.

DATED:  March 28, 2012   Respectfully Submitted,

   WELLS FARGO HOME MORTGAGE d/b/a/
   AMERICA'S SERVICING COMPANY


   By:   /s/ Simon Fleischmann
   One of Its Attorneys

Simon Fleischmann (6274929)
*Sfleischmann@lockelord.com*
Chethan G. Shetty (6300848)
*Cshetty@lockelord.com*
Locke Lord LLP
111 South Wacker Drive
Chicago, Illinois  60606
Phone:  312-443-0462

## CERTIFICATE OF SERVICE

      I, Chethan G. Shetty, an attorney, certify that I caused the foregoing *Unopposed* Motion to Extend Time to be served upon all parties registered and authorized to receive such service through the Court's Case Management/Electronic Case Files (CM/ECF) system on March 28, 2012.

                        /s/ Chethan G. Shetty

1878318v.2